### In re HOLYWELL CORPORATION, Debtor.

Fred Stanton SMITH, as Trustee of the Miami Center Liquidating Trust, Plaintiff–Appellee,

v.

UNITED STATES of America, Holywell Corporation, Miami Center Limited Partnership, Miami Center Corporation, Chopin Associates, Theodore D. Gould, Defendants–Appellants,

Shutts & Bowen, Intervenor,

Bank of New York, Defendant–Appellee.

### In re HOLYWELL CORPORATION, Debtor.

Fred Stanton SMITH, as Trustee of the Miami Center Liquidating Trust, Plaintiff–Appellee,

v.

UNITED STATES of America, Defendant,

Holywell Corporation, Miami Center Limited Partnership, Miami Center Corporation, Chopin Associates, Theodore B. Gould, Defendants–Appellants,

Shutts & Bowen, Intervenor,

Bank of New York, Defendant–Appellee.

No. 89–5862.

United States Court of Appeals, Eleventh Circuit.

July 8, 1992.

Gary R. Allen, Chief, Gary D. Gray, Francis M. Allegra, Robert W. Metzler, Appellate Section, Tax Div., Dept. of Justice, Washington, D.C., for U.S.

Robert M. Musselman, Robert M. Musselman & Associates, Charlottesville, Va., Brian C. Griffin, Tax Div., Dept. of Justice, Washington, D.C., Dennis G. Lyons, Stuart E. Seigel, Kent A. Yalowitz, Arnold & Porter, New York City, for Holywell.

Herbert Stettin, P.A., Vance E. Salter, Coll, Davidson, Carter, Smith, Salter & Barkett, P.A., Miami, Fla., for plaintiff-appellee.

Barbara E. Vicevich, Shutts & Bowen, Miami, Fla., for intervenor.

REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before HATCHETT and COX, Circuit Judges, and HENDERSON, Senior Circuit Judge.

PER CURIAM:

These cases are remanded to the district court for further proceedings in conformity with the United States Supreme Court's opinion. *Holywell Corporation et al v. Smith, et al.*, 503 U.S. ——, 112 S.Ct. 1021, 117 L.Ed.2d 196 (1992).

REMANDED.